1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ADAM WRIGHT (MABN 661283)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7368
        Fax: (415) 436-6982
7       E-mail: adam.wright@usdoj.gov

8  Attorneys for the United States of America

9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. 13-CR-70695
                                         )
14 |      Plaintiff,                     ) STIPULATION AND [PROPOSED] ORDER
                                         ) CHANGING DATE FOR STATUS HEARING AND
15 |      v.                             ) EXCLUDING TIME FROM MARCH 4, 2015 TO
                                         ) MARCH 25, 2015
16 | PHYLLIS ROBINS,                     )
                                         )
17 |      Defendant                      )
                                         )
18

19      The defendant, Phyllis Robins, represented by Steven Kalar, Federal Public Defender, and the

20 government, represented by Adam Wright, Assistant United States Attorney, appeared before the Court

21 on January 22, 2015 for a status hearing.  At the parties' request, the matter is currently scheduled for a

22 status hearing before the Court on March 4, 2015, with the interim time having been excluded under the

23 Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

24      The parties respectfully request that the date of the status hearing be changed to March 25, 2015.

25 As a basis for this request, the parties represent that they are finalizing a diversionary disposition, and

26 are still in the process of gathering and exchanging the necessary information from the parties and

27 Pretrial.  Both parties expect that this agreement will be finalized by March 25, 2015.

28
   [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
   13-CR-70695

1  The parties request that the time be excluded for an indictment or preliminary hearing under
2  Federal Rule of Criminal Procedure 5.1 between March 4, 2015 and March 25, 2015, while taking into
3  account the public's interest in the prompt disposition of criminal cases.  The parties further request that
4  the time be excluded under the Speedy Trial Act between March 4, 2015 and March 25, 2015, for the
5  purpose of effective preparation of counsel, taking into account due diligence.  18 U.S.C. §
6  3161(h)(7)(B)(iv).

8  SO STIPULATED:

10  MELINDA HAAG
    United States Attorney

12  DATED: March 3, 2015                    /s/
                                        ADAM WRIGHT
13                                      Assistant United States Attorney

15  DATED: March 3, 2015                    /s/
                                        STEVEN G. KALAR
16                                      Attorney for PHYLLIS ROBINS

[PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
13-CR-70695

1           [PROPOSED] ORDER

2       The Court hereby changes the status hearing scheduled for March 4, 2015 to March 25, 2015. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between March 4, 2015 and March 25, 2015 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between March 4, 2015 and March 25, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds good cause exists to exclude the time for an indictment or preliminary hearing under Federal Rule of Criminal Procedure 5.1 between March 4, 2015 and March 25, 2015, taking into account the public interest in the prompt disposition in criminal cases.  Therefore, IT IS HEREBY ORDERED that the time between March 4, 2015 and March 25, 2015, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Federal Rule of Criminal Procedure 5.1.

IT IS SO ORDERED.

DATED: March 3, 2015

HON. MARIA-ELENA JAMES
United States Magistrate Judge

[PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
13-CR-70695